2

United States District Court
Southern District of Texas
ENTERED

JUN 2 5 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-99-201 |
| | § | |
| MICHAEL G. BAPP | § | |

TYPE OF CASE:        __X__ CIVIL                              ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**SHOW CAUSE HEARING ON WHY THIS CASE SHOULD NOT BE DISMISSED FOR WANT OF PROSECUTION**

**WILL NOT BE HELD TELEPHONICALLY, WILL NOT BE CONTINUED AND ATTORNEY IN CHARGE IS ORDERED TO APPEAR**

PLACE:                                                    ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**        **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                              DATE AND TIME:

**AUGUST 9, 2001 AT 1:30 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    JUNE 22, 2001

TO:       MR. M. H. CERSONSKY